I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION, ON THIS DATE.

DATED: 11/18/2010

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN COSTIDO,<br><br>    Petitioner,<br><br>vs.<br><br>TERRI GONZALEZ,<br><br>    Respondent. | Case No. CV 09-2233-CJC (RNB)<br><br>**J U D G M E N T** |

  Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 17, 2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE